**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Heath Nelson,

      Plaintiff,

v.

Andrew Ulwelling and
Landwehr Construction, Inc.,

      Defendants.

Civ. No. 26-3323 (JWB/ECW)

**ORDER**
**FOR REMAND**

---

The parties have filed a Joint Stipulation and Motion Seeking Remand to State Court. (Doc. No. 9.) Based on that Stipulation, **IT IS HEREBY ORDERED** that the joint motion (Doc. No. 9) is **GRANTED**, and this matter is **REMANDED** to the Minnesota District Court for the Seventh Judicial District for further proceedings under Court File No. 73-CV-265596.

Date: August 3, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge